# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO FONCERRADA-OSUNA,<br><br>Defendant. | Case No. 19-CR-2948-LAB<br><br>**JUDGMENT AND ORDER DISMISSING INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable Larry Alan Burns |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

SO ORDERED.

DATED: 10/11/2019

_____
HONORABLE LARRY ALAN BURNS
Chief United States District Judge